BUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

        Plaintiff,

        - against -

BOYLAN BOTTLING CO.,

        Defendant.
------------------------------------------------------------X

Case No.  22-cv-4822-ENV-CLP

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff, Pedro Martinez, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. The parties have agreed to resolve this lawsuit, and a settlement agreement ("Agreement") is in the process of being finalized. Upon execution and consummation of applicable terms of the Agreement, Plaintiff will submit a Notice of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences pending submission of the Notice of Dismissal in or about 30 days' time.

3. We respectfully request the Court provide that the parties may seek to reopen the matter in forty-five (45) days if applicable terms of the Agreement have not been satisfied.

Dated: Scarsdale, New York
      October 26, 2022

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff
                              By: */s/Dan Shaked*_____
                                Dan Shaked, Esq.
                                14 Harwood Court, Suite 415
                                Scarsdale, NY 10583
                                Tel. (917) 373-9128
                                e-mail: ShakedLawGroup@Gmail.com