**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                Case No.  1:22-cv-4822-ENV-CLP

           Plaintiff,

- against -

BOYLAN BOTTLING CO.,

           Defendants.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Boylan Bottling Co.

Dated: Scarsdale, New York
       November 7, 2022

                SHAKED LAW GOUP, P.C.
                Attorneys for Plaintiff

                By: /s/Dan Shaked
                Dan Shaked, Esq.
                14 Harwood Court, Suite 415
                Scarsdale, NY 10583
                Tel. (917) 373-9128
                e-mail: ShakedLawGroup@Gmail.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 11/9/2022
/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

The Clerk of Court is respectfully directed to close this case.